# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JESSICA COUNCIL, on behalf of, and as Survivor of JUSTIN LEVY COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>PROENERGY SERVICES, LLC, and THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | CASE NO.: 10-360-CA |

## CIVIL ACTION - NOTICE OF CONSENT AND JOINDER IN THE REMOVAL PETITION

**PLEASE TAKE NOTICE** that the undersigned attorneys for defendant, ProEnergy Services, LLC., hereby consent to the removal of this civil action from the Circuit Court of the Second Judicial Circuit in and for Wakulla County, Florida, Case No. 10-360-CA, to the United States District Court, Northern District of Florida and join in and adopt the removal petition filed on behalf of and The Guardian Life Insurance Company of America, incorrectly pleaded as "Guardian Life Insurance Company".

Scott Dieball<br>
Attorney for the Defendant<br>
ProEnergy Services, LLC<br>
616 FM 1960 West, Suite 750<br>
Houston, TX 77090<br><br>
By: _____<br>
SCOTT DIEBALL

Dated: October 21, 2010