# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JESSICA COUNCIL, etc.,

    Plaintiff,

v.                                                      CASE NO. 4:10cv467-RH/WCS

PROENERGY SERVICES, LLC, et al.,

    Defendants.

_____/

## ORDER DISMISSING THE COMPLAINT
## AND GRANTING LEAVE TO AMEND

The plaintiff filed this case in state court asserting state-law claims. The defendants removed the case and moved to dismiss based on ERISA preemption. The plaintiff failed to respond to the motion to dismiss as *required* by this court's rules. Upon consideration of the motion to dismiss on its merits,

IT IS ORDERED:

The motion to dismiss, ECF No. 3, is GRANTED. The complaint is dismissed. The plaintiff is granted leave to file an amended complaint by December 14, 2010.

SO ORDERED on November 23, 2010.

                                                        s/Robert L. Hinkle  
                                                       United States District Judge