IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


JESSICA COUNCIL, etc.,

    Plaintiff,

v.                                    CASE NO. 4:10cv467-RH/WCS

PROENERGY SERVICES, LLC, et al.,

    Defendants.

_____/


**ORDER GIVING NOTICE OF INTENT TO DISMISS**

The plaintiff filed this case in state court asserting state-law claims. The defendants removed the case and moved to dismiss based on ERISA preemption. The plaintiff failed to respond to the motion to dismiss as *required* by this court's rules.

An order was entered dismissing the complaint and granting the plaintiff leave to file an amended complaint by December 14, 2010. *See* Order of Nov. 23, 2010, ECF No. 8. The plaintiff has not filed an amended complaint. The deadline has passed. Accordingly,

    IT IS ORDERED:

The plaintiff must file an amended complaint by January 11, 2011. If the plaintiff fails to do so, a judgment will be entered dismissing the case without prejudice for failing to prosecute and failing to comply with a court order.

SO ORDERED on December 21, 2010.

s/Robert L. Hinkle
United States District Judge